# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFERY LEE DIXON,**<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | **Case No. LA CV 16-06367-VBF (KK)**<br>ORDER Overruling Objections;<br>Adopting Report & Recommendation;<br>Denying the Habeas Corpus Petition;<br>Directing Separate Judgment;<br>Dismissing & Terminating Action (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus By a Person in State Custody Pursuant to 28 U.S.C. section 2254 (CM/ECF Document ("Doc") 1; the respondent government's answer and accompanying memorandum (Doc 13); petitioner's traverse (Doc 17); the lodged state-court paper documents (indexed in the Notice of Lodging at Doc 14); the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 18); and petitioner's timely objections to the R&R (Doc 22).

The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. Finding no error of law, fact, or logic in the well-reasoned R&R, the Court overrules Petitioner's objections and accepts the findings and recommendations of the Magistrate Judge.

Therefore, **the Petition for a Writ of Habeas Corpus is DENIED.**

**As required by Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.**

The Court will rule on a certificate of appealability by separate order as well.

**This action is dismissed with prejudice and TERMINATED (JS-6).**

This is a final order, but it will not be appealable until and unless petitioner obtains a certificate of appealability from the United States Court of Appeals for the Ninth Circuit.

Dated: September 12, 2017

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge