UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFERY LEE DIXON,**<br>Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | Case No. LA CV 16-06367-VBF (KK)<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's Order Denying the Petition for Writ of Habeas Corpus, **final judgment is hereby entered in favor of the respondent and against petitioner Jeffery Lee Dixon**.

Dated: September 12, 2017

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge